UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| **WILLIS ALLEN YORK** | § | |
| | § | |
| vs. | § | **CASE NO. 9:07CV169** |
| | § | |
| **UNION PACIFIC RAILROAD** | § | |

## ORDER REFERRING CASE TO MEDIATION

Comes now the Court and ORDERS that this case be submitted to mediation in accordance with the Court's Mediation Plan. The Mediator assigned is <u>Nancy Houston</u>. The Mediator's address and telephone number is <u>3555 Timmons, Suite 640, Houston, Texas  (713) 546-3590</u>.

The mediation conference shall be conducted by the following date: <u>March 7, 2008</u>.

The Court appoints <u>Kirk Sammons</u> as lead counsel who shall be responsible for working with the mediator and counsel to coordinate a date for the mediation.

Upon completion of the mediation, the Mediator shall submit a Mediator's Report to the Presiding Judge within five days of the completion of the mediation conference.

So **ORDERED** and **SIGNED** this **31** day of **October, 2007.**

_____
JUDITH K. GUTHRIE
UNITED STATES MAGISTRATE JUDGE