IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| WILLIS ALLEN YORK | § | |
| Vs. | § | CIVIL ACTION NO. 9:07CV169 |
| UNION PACIFIC RAILROAD COMPANY | § | |

ORDER

On January 7, 2008, Defendant filed an Agreed Motion to Modify Scheduling Order (document #27). Defendant asserts that the parties have agreed to seek an extension of the deadlines for filing expert witness designations, providing expert reports and for completing discovery. The motion does not seek an extension of any other deadlines. It is accordingly

**ORDERED** that the Agreed Motion to Modify Scheduling Order (document #27) is **GRANTED**. The following deadlines are modified:

| | |
|---|---|
| **March 24, 2008** | Discovery deadline |
| **March 10, 2008** | Defendant to designate expert witnesses and provide FRCP 26(a)(2)(B) report |
| **February 6, 2008** | Plaintiff to designate expert witnesses and provide FRCP 26(a)(2)(B) report |

All other pretrial deadlines remain unchanged.

So **ORDERED** and **SIGNED** this **8** day of **January, 2008.**

_____
JUDITH K. GUTHRIE
UNITED STATES MAGISTRATE JUDGE