IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIS ALLEN YORK, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV507 |
| | ) | |
| v. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion of Mainess Gibson and Amy Nilsen of Connelly, Baker, Wotring, LLP, to withdraw as counsel of record for defendant (Filing No. 70). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; Mainess Gibson and Amy Nilsen of Connelly, Baker, Wotring, LLP, are deemed withdrawn as counsel for defendant.

DATED this 5th day of January , 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court